IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Dewayne Johnson, ) | No. CV 06-256 PHX NVW (HCE) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph M. Arpaio, ) | |
| Defendant. ) | |

Before the court is Plaintiff's *pro se* Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (doc. #1). On April 5, 2006, United States Magistrate Judge Hector C. Estrada issued a Report and Recommendation ("R & R") (doc. # 6) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommends that the complaint be dismissed without prejudice. No objections to the R & R were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Estrada (doc. # 6).

1   IT IS FURTHER ORDERED that Plaintiff's *pro se* Civil Rights Complaint pursuant
2   to 42 U.S.C. § 1983 (doc. #1) is dismissed without prejudice pursuant to Rule 41(b) of the
3   Federal Rules of Civil Procedure.

4   IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
5   accordingly and terminate this action.

6   DATED this 28th day of April 2006.

_____
Neil V. Wake
United States District Judge